■ In the Matter of DANIEL S. HURLEY et al., Appellants, v AVON CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.) —Order unanimously affirmed without costs. Memorandum: The court properly denied plaintiffs' motion to reargue (which was deemed a motion to renew) because plaintiffs failed to offer a valid excuse for not submitting the additional facts with the original application *(see, Foley v Roche,* 68 AD2d 558). (Appeal from Order of Supreme Court, Livingston County, Cicoria, J.—Renewal.) Present—Denman, P. J., Pine, Lawton, Boehm and Davis, JJ.